427 A.2d 258

Commonwealth v. Jacobus, Appellant.

Argued November 15, 1979. Philip F. Jacobus, for appellant; William F. Morgan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

427 A.2d 259

Commonwealth v. Jordan, Appellant.

Argued November 13, 1979. John J. Morgan, for appellant; Robert F. Hawk, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.